Certiorari denied. *P. A. Beck* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 500. J. M. CARRAS, INC., *v.* DIESEL TANKER A. C. DODGE, INC., ET AL. C. A. 2d Cir. Certiorari denied. *James M. Estabrook* and *MacDonald Deming* for petitioner. *Christopher E. Heckman* for Diesel Tanker A. C. Dodge, Inc., et al., and *Abraham E. Freedman* for Elliott, respondents.

No. 504. MARIE AND ALEX MANOOGIAN FUND, DOING BUSINESS AS METAL PARTS MANUFACTURING CO., *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *William Coit Allee* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Melvin Richter* for the United States.

No. 484. TALIAFERRO *v.* JUSTICE COURT OF SAN PABLO JUDICIAL DISTRICT, LOCKE, JUDGE. District Court of Appeal of California, First Appellate District. Certiorari denied.

No. 18, Misc. PARSONS *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. John Ben Shepperd,* Attorney General of Texas, and *John A. Wild,* Assistant Attorney General, for respondents.

No. 48, Misc. SERRANO *v.* FAY, WARDEN. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied. Petitioner *pro se. Walter E. Dillon* and *Irving Anolik* for respondent.